1 Steven G. Rosales
Attorney at Law: 222224
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net
5
Attorneys for Plaintiff  CYNTHIA DREMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA DREMAN, | Case No.:   10-CV-2007 LB |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Plaintiff Cynthia Dreman ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to November 12, 2010; and that Defendant shall have until December 13, 2010, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due December 27, 2010.

1    An extension of time is needed due to delivery problems relate dot the
2  administrative record in this matter.  Counsel for plaintiff has not received the
3  administrative record in this matter and defendant requires more time to delivery
4  the administrative record..  Counsel sincerely apologizes to the court for any
5  inconvenience this may have had upon it or its staff.

6

7  DATE: September 16, 2010       Respectfully submitted,

8                                 LAW OFFICES OF LAWRENCE D. ROHLFING

9                                 /s/ *Steven G. Rosales*
                          BY: _____
10                                Steven G. Rosales
                                  Attorney for plaintiff CYNTHIA DREMAN
11

12 DATED:  September 16, 2010    MELINDA HAAG
                                 United States Attorney
13

14
                                 */S/- Carolyn Chen*
15

16                               _____
                                 Carolyn Chen
17                               Special Assistant United States Attorney
                                 Attorney for Defendant
18                               [*Via email authorization]

19

20

21

22

23

24

25

26

1   IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2   and including November 12, 2010, in which to file Plaintiff's Opening Brief;
3   Defendant may have an extension of time to December 13, 2010 to consider the
4   contentions raised in Plaintiff's Opening Brief, and file any opposition if
5   necessary. Any reply by plaintiff will be due December 27, 2010.
6   IT IS SO ORDERED.
7   DATE: September 17, 2010

8   _____
    THE HONORABLE LAUREL BEELER
9   UNITED STATES MAGISTRATE JUDGE