# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA B. DREMAN, | Case No. 4:10-cv-02007-LB |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY ORDERED that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended to February 11, 2011.

Dated: January 6, 2011

IT IS SO ORDERED

United States Judge Laurel Beeler